UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED

APR 18 PM 4:0

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ANTHONY VEASLEY,                                JUDGMENT IN A CIVIL CASE

          Plaintiff,

v.

TONY PARKER,                                    CASE NO: 05-2058-B
          Defendant.

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on April 15, 2005, this cause is hereby dismissed.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

4/18/05
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-19-05



UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02058 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

Anthony Veasley
206017
960 State Route 212
Tiptonville, TN 38079

Honorable J. Breen
US DISTRICT COURT